Fred B. Snite, trading as Local Loan Company, not Inc., appellee, v. Eagle Tank Company, appellant. Gen. No. 35,043.

Opinion filed January 20, 1932.

Thomas M. Poynton, for appellant. Orville W. Lee, for appellee; Joseph E. Newton, of counsel.

Mr. Justice Friend delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Albert Hoffman et al., plaintiffs in error. Gen. No. 35,057.

Opinion filed January 20, 1932.

Cohen & Berke, for plaintiffs in error; Benjamin E. Cohen and Mayer Goldberg, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr. and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Friend delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Robert Van Ness, plaintiff in error. Gen. No. 35,058.

Opinion filed January 20, 1932.

Cohen & Berke, for plaintiff in error; Benjamin E. Cohen and Mayer Goldberg, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr. and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Friend delivered the opinion of the court.